UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARASADAT MESCHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, <br><br> Defendant. | Case No.  26-cv-01993-AGT <br><br> **SUPPLEMENTAL BRIEFING ORDER** <br> Re: Dkt. No. 7 |

Plaintiffs have proposed advancing the trial on the merits and consolidating it with the hearing on their motion for a preliminary injunction. Dkt. 18 at 10 (citing Fed. R. Civ. P. 65(a)(2)). In view of that proposal, the Court requests that the parties answer the following questions in a joint statement.

- Does Defendant object to advancing the trial? If so, on what grounds?

- Does the record need to be supplemented in advance of trial? If so, what evidence needs to be added? By when can it be added?

- Is there a need for any testimony, or can the Court resolve the merits based only on the documentary record?

- Is there a need for any supplemental briefing, or does the briefing on the preliminary injunction motion sufficiently capture the parties' arguments, with the exception that on the merits, the permanent injunction standard would apply.

- Is there a need for oral argument, either on the preliminary injunction motion

or at trial, or are the parties prepared to submit based on their briefing?

The parties shall file their joint statement by April 24, 2026. The hearing on the motion for a preliminary injunction is rescheduled to May 1, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: April 21, 2026

Alex G. Tse
United States Magistrate Judge

2