UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARASADAT MESCHI, et al.,

          Plaintiffs,

   v.

JOSEPH B. EDLOW,

          Defendant.

Case No.  26-cv-01993-AGT

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 27

On April 29, 2026, the Court preliminarily enjoined USCIS from applying the Policy Memoranda 602-0192 and 602-0194 adjudication hold to any Form I-765 application filed by any Plaintiff in this case and ordered USCIS to "resume adjudicating Plaintiffs' I-765s in a manner consistent with USCIS's non-hold policies." Dkt. 25 at 4.

Last week, Plaintiffs filed a Notice of Concern for Defendant's Non-Compliance. Dkt. 27. Plaintiffs assert that "over the last month, USCIS agents have explicitly confirmed to Plaintiffs and congressional offices that the adjudication hold continues to apply to their applications, despite explicitly being enjoined by the Court." Dkt. 27 at 2.

USCIS must respond to Plaintiffs' notice by July 2, 2026. In its response, USCIS must either offer evidence to support that, contrary to Plaintiffs' representations, it has been

and remains in compliance with the Court's April 29 Order, or USCIS must show cause for why it shouldn't be held in contempt for failing to comply with the Court's April 29 Order.

**IT IS SO ORDERED.**

Dated: June 25, 2026

_____

Alex G. Tse
United States Magistrate Judge