CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    Facsimile: (415) 436-6748
    john.wollman@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARASADAT MESCHI, et al., | Case No. 3:26-cv-01993-AGT |
|       Plaintiffs, | |
|       v. | **STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, | The Honorable Alex G. Tse |
|       Defendant. | |

Because USCIS has now adjudicated all of the Plaintiffs' I-765 applications but has not yet delivered all of the EAD cards to those Plaintiffs whose applications were approved, the parties, through their undersigned attorneys, hereby stipulate to an extension of the deadline to file a motion for summary judgment, which is currently due today, July 9, 2026, until July 30, 2026.

Dated: July 9, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ John L. Wollman 
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendant

Dated:  July 9, 2026

/s/ Curtis L. Morrison 
CURTIS LEE MORRISON
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 10, 2026

ALEX G. TSE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.